# First District Court of Appeal
## State of Florida

_____

No. 1D17-633

_____

TYRONE WILKINS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

October 31, 2018

PER CURIAM.

   DISMISSED. *See Miles v. State*, 89 So. 3d 967 (Fla. 1st DCA 2012) (dismissing appeal as untimely because trial court did not abuse its discretion by denying defendant's motion for extension of time to file a motion for rehearing).

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyrone Wilkins, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.